IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Georgia-Pacific LLC, et al.,  :

    Plaintiffs,  :

  v.  :  Case No. 2:08-cv-950

American International  :  Magistrate Judge Kemp
Specialty Lines Insurance
Company,  :

    Defendant.

ORDER

    Based on discussions had at a status conference held on May 19, 2009, the following order is made. The issues raised by Docs. #44, 45 and 48, all dealing with subpoenas issued to The Garden City Group, Inc. And E. James Hopple, will be resolved by the entry of a protective order. Although Garden City and Mr. Hopple objected to the production of any sensitive or confidential information, the Court ruled that such information must be produced pursuant to the subpoenas issued, and directed the parties to consult with respect to the appropriate terms to be included in that order. A proposed order shall be submitted no later than May 26, 2009.

    Additionally, defendant requested additional time to respond to the pending motion for partial summary judgment in order to conduct discovery. Defendant shall file a motion under Fed.R.Civ.P. 56(f) not later than June 2, 2009. Its obligation to file a responsive memorandum will be suspended during the pendency of the Rule 56(f) motion. The Court will establish a new date for filing the responsive memorandum in its order granting or denying the Rule 56(f) motion.

                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge